IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

KAMAR SAMUELS,

    Plaintiff,

v.

MONROE COUNTY, *et al.*,

    Defendants.

No. 3:12-CV-2320

(JUDGE CAPUTO)

(MAGISTRATE JUDGE BLEWITT)

## ORDER

**NOW** this \_\_8\_\_th day of February, 2013, upon review of the Report and Recommendation of Magistrate Judge Thomas M. Blewitt (Doc. 17) for plain error or manifest injustice, **IT IS HEREBY ORDERED** that:

(1)     The Report and Recommendation (Doc. 17) is **ADOPTED.**

(2)     Defendant Monroe County's Motion to Dismiss (Doc. 5) is **GRANTED**.

(3)     Plaintiff Kamar Samuels's claims against Defendant Monroe County are **DISMISSED WITH PREJUDICE.**

(4)     The matter is **RECOMMITTED** to Magistrate Judge Blewitt.

/s/ A. Richard Caputo
A. Richard Caputo
United States District Judge