IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

KAMAR SAMUELS,

    Plaintiff,

v.

MONROE COUNTY, et al.,

    Defendants

No. 3:12-CV-2320

(JUDGE CAPUTO)

(MAGISTRATE JUDGE BLEWITT)

## ORDER

**NOW** this 24th day of April 2013, upon review of Magistrate Judge Blewitt's Report and Recommendation (Doc. 19) for plain error or manifest injustice, **IT IS HEREBY ORDERED** that:

(1)     The Report and Recommendation (Doc. 19) is **ADOPTED.**

(2)     PMRP Defendants' Motion to Dismiss (Doc. 6) is **GRANTED**, and Plaintiff's Complaint (Doc. 1) is **DISMISSED.**

(3)     The Clerk of Court is ordered to mark this matter as **CLOSED.**

/s/ A. Richard Caputo
A. Richard Caputo
United States District Judge